IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00239-MR-WCM

| | | |
|---|---|---|
| CHATTOOGA CONSERVANCY, INC., ) | | |
| CRAIG PROBST, ) | | |
| NANCY PROBST ) | | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | ORDER | |
| ) | | |
| HIGH HAMPTON LAND, LLC, ) | | |
| HIGH HAMPTON RESORT, LLC, ) | | |
| DANIEL COMMUNITIES, LLC, ) | | |
| DANIEL COMMUNITIES ) | | |
| MANAGEMENT CORPORATION ) | | |
| ) | | |
| Defendants. ) | | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 14) filed by Catherine Ruffin Prater. The Motion indicates that Ms. Prater, a member in good standing of the Bar of this Court, is local counsel for Defendants and that she seeks the admission of M. Elizabeth Harrison, who the Motion represents as being a member in good standing of the Bar of Alabama. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 14) and **ADMITS** M. Elizabeth Harrison to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 18, 2022

W. Carleton Metcalf
United States Magistrate Judge