IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00239-MR-WCM

| | | |
|---|---|---|
| CHATTOOGA CONSERVANCY, INC., ) | | |
| CRAIG PROBST, ) | | |
| NANCY PROBST ) | | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | ORDER | |
| ) | | |
| HIGH HAMPTON LAND, LLC, ) | | |
| HIGH HAMPTON RESORT, LLC, ) | | |
| DANIEL COMMUNITIES, LLC, ) | | |
| DANIEL COMMUNITIES ) | | |
| MANAGEMENT CORPORATION ) | | |
| ) | | |
| Defendants. ) | | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 19) filed by Ryan Michel Arnold. The Motion indicates that Mr. Arnold, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Craig K. Pendergrast, who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 19) and **ADMITS** Craig K. Pendergrast to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 22, 2022

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge