IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00239-MR-WCM

| | |
|---|---|
| CHATTOOGA CONSERVANCY, INC., ) <br> CRAIG PROBST, ) <br> NANCY PROBST ) <br> ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> HIGH HAMPTON LAND, LLC, ) <br> HIGH HAMPTON RESORT, LLC, ) <br> DANIEL COMMUNITIES, LLC, ) <br> DANIEL COMMUNITIES ) <br> MANAGEMENT CORPORATION ) <br> ) <br>     Defendants. ) <br> _____ | ORDER |

This matter is before the Court on a Joint Motion to Stay Proceedings Pending Mediation (the "Motion to Stay," Doc. 24).

For the reasons set forth in the Motion, and after conferring with the chambers of the presiding District Judge, the Motion will be allowed in part.

**IT IS THEREFORE ORDERED** that the Motion to Stay (Doc. 24) is **GRANTED IN PART** as follows:

(1) This matter is **TEMPORARILY STAYED** through and including **MAY 30, 2022**. The temporary stay will automatically expire on **May 30, 2022**.

(2) The deadline for Defendants to file a reply in support of their Motion to Dismiss Plaintiff's Complaint (Doc. 20) is **EXTENDED** through and including **May 30, 2022**.

(3) The parties **SHALL FILE** a Joint Status Report on or before **April 29, 2022** describing the progress and status of their settlement efforts, provided that the parties do not need to include information regarding their substantive settlement positions in the report.

Signed: March 31, 2022

W. Carleton Metcalf
United States Magistrate Judge