IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00239-MR-WCM

| | | |
|---|---|---|
| CHATTOOGA CONSERVANCY, INC., ) | | |
| CRAIG PROBST, ) | | |
| NANCY PROBST ) | | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | ORDER | |
| ) | | |
| HIGH HAMPTON LAND, LLC, ) | | |
| HIGH HAMPTON RESORT, LLC, ) | | |
| DANIEL COMMUNITIES, LLC, ) | | |
| DANIEL COMMUNITIES ) | | |
| MANAGEMENT CORPORATION ) | | |
| ) | | |
| Defendants. ) | | |

This matter is before the court on a Joint Report of Mediation and Motion for Additional Stay (the "Motion to Stay," Doc. 29).

This case was previously stayed through and including May 30, 2022 to allow the parties an opportunity to participate in mediation. Doc. 25. In the instant Motion to Stay, the parties advise that, although they have not reached a negotiated resolution of this matter, they have made substantial progress towards resolution, and that they have scheduled a second mediation session for Monday, June 2, 2022. Doc. 29. The parties therefore request an additional thirty-day stay.

For the reasons set forth in the Motion, and in the exercise of discretion, the court will allow the Motion in part.

**IT IS THEREFORE ORDERED** that the Motion to Stay (Doc. 29) is **GRANTED IN PART** as follows:

(1) This matter is **TEMPORARILY STAYED** through and including **June 24, 2022**. The temporary stay will automatically expire on **June 24, 2022**.

(2) The parties shall file a report on or before **July 1, 2022** describing whether a negotiated resolution of any claims has been reached.

Signed: June 2, 2022

W. Carleton Metcalf
United States Magistrate Judge