IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00239-MR-WCM

| | |
|---|---|
| CHATTOOGA CONSERVANCY, INC., )<br>CRAIG PROBST, )<br>NANCY PROBST )<br> )<br>      Plaintiffs, )<br>v. )<br> )<br>HIGH HAMPTON LAND, LLC, )<br>HIGH HAMPTON RESORT, LLC, )<br>DANIEL COMMUNITIES, LLC, )<br>DANIEL COMMUNITIES )<br>MANAGEMENT CORPORATION )<br> )<br>      Defendants. )<br>_____ | ORDER |

This matter is before the court on a Joint Report of Mediation and Request for Additional Stay (the "Motion to Stay," Doc. 31), by which the parties request that this case remain stayed for an additional sixty (60) days to provide time for the drafting of settlement documents, including a consent decree.

On June 24, 2022, the temporary stay of this matter automatically expired, see Doc. 30, and it does not appear that an additional stay is necessary.

The parties will, however, be given an opportunity to prepare appropriate settlement documents and make their submissions to the court.

IT IS THEREFORE ORDERED that to the extent the Motion to Stay (Doc. 31) seeks a further extension of the stay previously imposed, the Motion is **DENIED**. To the extent the Motion to Stay seeks an extension of the deadline for the parties to submit a motion for approval of a consent decree or other appropriate closing document, the Motion is **GRANTED**, and the deadline for such submission(s) is **EXTENDED** through and including September 6, 2022.

Signed: July 5, 2022

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge